USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-795 (SHS) |
| -against- | : | ORDER |
| ERICK MELENCIANO, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

In light of the uncertainty concerning the COVID-19 virus, the proceeding scheduled for March 24, at 2:30 p.m., is adjourned to April 7, 2020, at 3:30 p.m.

Dated: New York, New York
March 20, 2020

SO ORDERED.

Sidney H. Stein, U.S.D.J.