UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,        19-Cr-795 (SHS)

    -v-                      ORDER

ERIC MELENCIANO,

                 Defendant.

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     IT IS HEREBY ORDERED that the proceeding scheduled for April 7, 2020, is adjourned to June 8, 2020, at 3:30 p.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.