**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

MEMBER OF THE BAR
NEW YORK

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

July 5, 2022

**ECF Filed**

**MEMO ENDORSED**

Honorable Sydney H. Stein
United States District Judge
United States District Court for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

> Re: **U.S. v. Marte, et al, including Erick Melenciano, 19 Cr. 795 (SHS)
> Unopposed Defense motion to continue Erick Melenciano's July 7th
> appearance to a date after his July 27th Bronx County court appearance.**

Dear Judge Stein:

As Your Honor is aware, U.S.P.O Noah Joseph filed VOSR charges against Mr. Erick Melenciano, which are returnable on July 7th, alleging positive use of marijuana and a recent domestic violence arrest. As Mr. Erick Melenciano's assigned counsel in the SDNY, I respectfully request Your Honor continue the July 7th appearance to a date after his July 27th court appearance in NYC Criminal Court Bronx County for the domestic violence matter. Mr. Melenciano retained me this weekend to represent him in the Bronx case. Once I have received and reviewed discovery and have had an opportunity to discuss the matter with the assigned A.D.A., which I anticipate will not occur earlier than his July 27th appearance, I will be in a better position to inform the Court how Mr. Melenciano will proceed. For this reason, the parties believe that continuing the July 7th appearance to a date after July 27th serves the ends of justice and saves court resources. Should Your Honor grant this defense request in setting a new court date, I bring to the Court's attention that I will be out of town August 13th through August 21st.

If there are any question. I am available immediately at (917) 751-5754.

Thank you.

**The proceeding is adjourned to August 3, 2022, at 9:00 a.m.**

Dated: New York, New York
July 5, 2022

Respectfully submitted,
s/ Richard Palma
Richard Palma

SO ORDERED:

Sidney H. Stein, U.S.D.J.