**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  　　　　　　　　　　　　　　　　　　　　　TEL. (212) 686-8111
**NEW YORK**  　　　　　　　　　　　　　　　　　　　　　　　　　　FAX. (212) 202-7800
　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: rpalma177@gmail.com

July 29, 2022

**ECF Filed**

**MEMO ENDORSED**

Honorable Sydney H. Stein
United States District Judge
United States District Court for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

　　　　**Re:**　**U.S. v. Marte, et al, including Erick Melenciano, 19 Cr. 795 (SHS)**
　　　　　　　**Because U.S.P.O. Noah Joseph will be out of the office next week, the parties consent to continue Erick Melenciano's August 3rd appearance to a date after September 5th.**

Dear Judge Stein:

　　As Your Honor is aware, the Court reset the initial conference in this case from July 7th to August 3rd due to Mr. Melenciano's pending NYS case. I was informed today that U.S.P.O Noah Joseph, who filed the VOSR charges, will be out of the office next week and A.U.S.A. Frank Balsamello is currently on trial in the S.D.N.Y. Additionally, I will be on vacation from August 13th to August 22nd. For these reasons, the parties respectfully request that Your Honor reset this matter for the week of September 5th. Because of my client's work schedule, I would ask for Wednesday, September 7th, his day-off.

　　If there are any question. I am available immediately at (917) 751-5754.

　　Thank you.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　s/ Richard Palma
　　　　　　　　　　　　　　　　　　　　　　　Richard Palma

**The violation proceeding is adjourned to September 14, 2022, at 12:00 p.m.**

Dated: New York, New York
　　　　August 1, 2022

　　　　　　　　　　　　　　　　　　　　　SO ORDERED
　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　SIDNEY H. STEIN
　　　　　　　　　　　　　　　　　　　　　U.S.D.J.